UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO.   03-10351-BKC-AJC
EDMOND HARRY MELLIZO

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE OFFICE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 563.04 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 4/15/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

EDMOND HARRY MELLIZO
1100 TURTLE CREEK DR.
APT. #230
NAPLES, FL 34110

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

T-MOBILE
P.O. BOX 20907
TAMPA, FL 33622

SEARS, ROEBUCK & CO
PO BOX 3671
DES MOINES, IA 50322-0674

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
EDMOND HARRY MELLIZO

CASE NO. 03-10351-BKC-AJC

CHAPTER 13

EDMOND HARRY MELLIZO

1100 TURTLE CREEK DR.  
APT. #230  
NAPLES, FL 34110

SANDRA NAVARRO-GARCIA, ESQ.  
6337 SW 40 STREET  
MIAMI, FL 33133

T-MOBILE  
P.O. BOX 20907  
TAMPA, FL 33622

---------$         212.05  
UNDELIVERABLE/STALE  
CLAIM REGISTER# 4

SEARS, ROEBUCK & CO  
PO BOX 3671  
DES MOINES, IA 50322-0674

---------$         350.99  
UNDELIVERABLE/STALE  
CLAIM REGISTER# 7

U.S. Trustee  
51 S.W. 1st Avenue  
Miami, Florida 33130